

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00170-CV

Andre **COLEMAN**,
Appellant

v.

Mark **MOLINAR**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV10784
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: July 16, 2025

DISMISSED

This is an appeal from judgment in an eviction case. Appellant's brief was due on April 17, 2025. On May 1, 2025, the clerk of this court issued a notice informing Appellant that his brief had not been filed and directing him to respond to the notice by May 11, 2025. When there was no response, this court issued an order in which we directed Appellant to file his brief along with a written response reasonably explaining his failure to timely file a brief and why the appellee was not significantly injured by his failure to do so. *See* Tex. R. App. P. 38.8(a)(1). We cautioned that, if the appellant failed to timely file a brief and a written response, we would dismiss his appeal for

want of prosecution or for failure to comply with a court order or a requirement of the rules of appellate procedure. The response was due on June 11, 2025. Appellant has failed to respond.

Because appellant has failed to timely file a brief or to comply with a court order, this appeal is dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

PER CURIAM